```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

LASHANE TYNETTA HENRY,         *
                               *
    Plaintiff,                *
                               *
vs.                            *    CIVIL ACTION 10-00430-B
                               *
MICHAEL J. ASTRUE,             *
Commissioner of                *
Social Security,               *
                               *
    Defendant.                *

## JUDGMENT

In accordance with the Order entered on September 30, 2011, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying claimant benefits, be **REVERSED and REMANDED.**

DONE this the **30th** day of **September, 2011.**

                                                  **/s/ SONJA F. BIVINS**
                                        **UNITED STATES MAGISTRATE JUDGE**